# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL JENIFF ANON-RAMOS,

               Petitioner,

    v.

WARDEN OF THE ADELANTO DETENTION CENTER, *et al.*,

               Respondents.

Case No. 5:26-cv-01501-AB-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 6, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE